# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LEROY WALTON**                                                            **PLAINTIFF**

**VS.**                         **4:17-CV-00354-BRW**

**GARY JACKSON,** *et al.*                                            **DEFENDANTS**

## ORDER

Because Plaintiff's economic situation qualifies him for *in forma pauperis* status, his Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is GRANTED. However, this case is DISMISSED without prejudice, because there is no connection between the alleged events, the parties, and Arkansas.

IT IS SO ORDERED this 30th day of May, 2017.

                                                   /s/ Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE